*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

NIKI S. NELSON,

      Plaintiff-Appellee,

v

JOHN CARL WITTKOWSKI, and GRAND
RAPIDS POLICE DEPARTMENT,

      Defendants-Appellants,

and

CITIZENS INSURANCE COMPANY OF THE
MIDWEST,

      Defendant.

UNPUBLISHED
July 2, 2024

No. 364556
Kent Circuit Court
LC No. 21-008947-NI

Before: RICK, P.J., and JANSEN and LETICA, JJ.

RICK, P.J. (*concurring*).

    I concur in the result only.

                               /s/ Michelle M. Rick

-1-